IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELLEY L. BAUCOM and | : | |
| JOSEPH BAUCOM, h/w | : | CIVIL ACTION |
|    Plaintiffs, | : | |
| | : | |
| v. | : | NO. 24-1818 |
| | : | |
| SAMIRA M. TORRES VIDAL | : | |
|    Defendant. | : | |

## ORDER

**AND NOW**, this 12th day of December 2024, upon considering plaintiffs' motion to remand (DI 4), defendant's opposition (DI 5), following oral argument on October 17, 2024, and for reasons in the accompanying memorandum, it is **ORDERED** plaintiffs' motion to remand (DI 4) is **DENIED**.

_____
MURPHY, J.